IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HQM, Ltd., et. al.,
      Plaintiffs,

vs.

WILLIAM B. HATFIELD,
      Defendant.

Civil Action No. AW-99-2093

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS this 31st day of August, 2000, by the United States District Court for the District of Maryland, hereby

**ORDERED**:

1. That Defendant's Motion for Attorney's Fees and Costs [25-1], BE, and the same hereby IS, **DENIED**;

2. That Plaintiffs' Request for a Hearing [26-2], BE, and the same hereby IS, **DENIED**;

2. That the Clerk of Court mail copies of this Order to all parties of record.

_____
Alexander Williams Jr.
United States District Judge